UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:14-00003 |
| ) | JUDGE SHARP |
| JASON E. MIKULA ) | |

# **O R D E R**

A hearing on a plea of guilty in this matter is hereby scheduled for Thursday, August 28, 2014, at 2:00 p.m.

It is so ORDERED.

*[signature: Kevin H. Sharp]*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE